UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARILYN WALTON, | § | No. 3:11-cv-01107 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CARDWORKS SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, MARILYN WALTON,, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: July 8, 2011

Respectfully Submitted,
KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss
Michael S. Agruss (CA SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorney for Plaintiff