### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARILYN WALTON, | § | **No. 3:11-cv-01107** |
| | § | |
|    Plaintiff, | § | |
| | § | |
|    v. | § | |
| | § | |
| CARDWORKS SERVICING, LLC, | § | |
| | § | |
|    Defendant. | § | |
| | § | |

### NOTICE OF VOLUNTARY DISMISSAL

MARILYN WALTON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CARDWORKS SERVICING, LLC, LLC., (Defendant), in this case.


DATED: August 9, 2011                                     RESPECTFULLY SUBMITTED,

                                                By: /s/ Michael S. Agruss                          _
                                                Michael S. Agruss (CA SBN: 259567)
                                                Krohn & Moss, Ltd.
                                                10474 Santa Monica Blvd., Suite 401
                                                Los Angeles, CA 90025
                                                Tel: 323-988-2400 x235
                                                Fax: 866-583-3695
                                                magruss@consumerlawcenter.com
                                                Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was

electronically submitted by electronic mail to the following:


Jonathan K. Aust
jaust@bedardlawgroup.com
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871ext. 203
Facsimile: (678) 253-1873


By:____/s/ Michael S. Agruss_____
        Michael S. Agruss
        Attorney for Plaintiff